UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VESTER L. PATTERSON, | No. 2:16-cv-1994 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| KAMALA HARRIS, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 1, 2017, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 12. Plaintiff has filed objections to the findings and recommendations. ECF No. 13.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 1, 2017 (ECF No. 12), are ADOPTED IN FULL;

2. The amended complaint (ECF No. 7) is DISMISSED for failure to state a cognizable claim for relief; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.
Dated: June 23, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE